455 A.2d 1194

**COMMONWEALTH of Pennsylvania**

v.

**David COADES, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 27, 1983.

Decided Feb. 3, 1983.

284

David W. Wood, Jr., West Chester, for appellant.

Lee Ruslander, Chief, Appeals Div., West Chester, Stuart Suss, Reading, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

Judgment of sentence and order affirmed.